IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Debra J. Stutts, | ) | C.A. No.:  6:15-1946-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER** |
| | ) | **TO AMEND** |
| Life Insurance Company of North America, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of Plaintiff's motion to amend her complaint to name the Defendant on her short term disability claim properly.  In her complaint, Plaintiff asserts causes of action for both short and long term disability benefits pursuant to ERISA 29 U.S.C. § 1132(a)(1)(B).  Plaintiff had believed both her claims were insured by Defendant, but has now been advised that the short term disability benefits are not insured.  Accordingly, Plaintiff has moved to amend her complaint to add as a party Defendant the self-funded short term disability plan. Defendant consents to the amendment.

For good cause shown and with the consent of Defendant, the court hereby grants Plaintiff's motion to amend to add as a party Defendant the self-funded short term disability plan.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that within ten (10) days after the date of service, Plaintiff shall file her amended complaint to add as a party Defendant the self-funded short term disability plan.

s/Mary G. Lewis

The Honorable Mary G. Lewis
United States District Court Judge

September 2, 2015
Columbia, South Carolina

**WE SO MOVE:**

s/ Robert E. Hoskins
Robert E. Hoskins, Esq.
Foster Law Firm, LLC
Attorneys for Plaintiff

**WE SO CONSENT:**

s/ Franklin G. Shuler, Jr.
Franklin G. Shuler, Jr.
Turner Padget Graham & Laney, P.A.
Attorneys for Defendant